```
                UNITED STATES BANKRUPTCY COURT
                 EASTERN DISTRICT OF MICHIGAN
                  NORTHERN DIVISION-BAY CITY
```
In Re:
                                          Case No. 09-22351-dob
DEAN EMMING                               Chapter 12
CARRIE L. EMMING                          Hon. Daniel S. Opperman
              Debtors            /        Pet.Filed: 6/4/09
ROSEBUSH SALE BARN, INC.,
     Plaintiff,
vs.                                       A.P. No. 09-02116-dob
DEAN EMMING,
     Defendant                   /

ORDER FINDING DEBT OF ROSEBUSH SALE BARN, INC. DISCHARGEABLE

The matter having come before the Court on trial to determine non-dischargeability of a debt claimed to be due to Rosebush Sale Barn, Inc., the court having taken testimony, and Briefs having been submitted:

IT IS HEREBY ORDERED that the Plaintiff has failed to meet its burden of proof sufficient to deny discharge of the claim of Rosebush Sale Barn, Inc., and therefore, the claim of Rosebush Sale Barn, Inc. is a dischargeable debt, and will be discharged with other debts upon completion of the debtors' Plan.

**Signed on April 06, 2011**

                            /s/ Daniel S. Opperman
                       **Daniel S. Opperman**
                       **United States Bankruptcy Judge**